| | |
|---|---|
| IN RE: | CASE NO. 20-50899 |
| WILLIAM I. BYERS, III | CHAPTER 7 |
| Debtor | REPORT OF UNCLAIMED DIVIDEND |

    Harold A. Corzin, Trustee herein, reports that check #101 was issued on September 29, 2021 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #102 to the Clerk of Courts in the amount of $10,000.35 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

  /s/ Harold A. Corzin
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Hcorzin@corzinlaw.com

December 29, 2021

cc: U. S. Trustee

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 20-50899 - BYERS, WILLIAM I, III

| Account No. | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|
| 3910330533 | 102 | 12/29/21 | U. S. BANKRUPTCY COURT | | | | $10,000.35 |
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| | | 101 | / / | 0 | 0.00 | 0.00 | 0.00 | 1,825.00 |
| | | 101 | / / | 0 | 0.00 | 0.00 | 0.00 | 8,175.35 |